**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01216-MSK-KMT

CAROLYN JEAN GISSENDANNER BORWICK,

Plaintiff,

v.

UNIVERSITY OF DENVER, BOARD OF TRUSTEES,
UNIVERSITY OF DENVER GRADUATE SCHOOL OF SOCIAL WORK,
CHANCELLOR ROBERT COOMBE, in his official capacity,
GREGG KVISTAD, individually and as Denver University Provost,
DR. JAMES R. MORAN, PhD, individually and as Professor of the Graduate School of Social Work,
BARBARA WILCOTS, individually and as Associate Provost for Graduate Studies,
DR. WALTER LaMENDOLA, PhD, individually and as Professor and Director of the Doctoral Program of the Graduate School of Social Work,
DEAN JAMES HERBERT WILLIAMS, individually and as Dean of the Graduate School of Social Work, and
D.R WILLIAM CLOUD, individually and as Professor of the Graduate School of Social Work,

Defendants.

---

**PLAINTIFF'S MOTION TO DISMISS DEFENDANTS IN INDIVIDUAL CAPACITY AND AMEND COMPLAINT**
**Pursuant to Fed.R.Civ.P. 15 (a) (1)**

---

COME NOW Plaintiff Carolyn Jean Gissindanner Borwick, by and through counsel, Derry Dale Sadler and The Sadler Law Office, pursuant to Fed.R.Civ.P. 15 (a)(1), and hereby voluntarily moves this Court for an Order dismissing all claims against defendants Gregg Kvistad, individually, Dr. James R Moran, PhD, individually, Barbara Wilcots, individually , Dr. Walter LaMendola, PhD, individually, Dean James Herbert Williams, individually, and D.R William Cloud, individually.

As grounds therefore states as follows.

**CERTIFICATION – DUTY TO CONFER**

Counsel for the moving parties certify that before filing this motion, he conferred pursuant to D.C.Colo.LCivR 7.1(A) with counsel for the defense, in Good faith, beginning July 7, 2011 (letter from Mr. Sadler to Mr. Goh), through and including August 5, 2011 (letter from Mr. Sadler to Mr. Goh), as legal representative for defendants in their official and individual capacities. Mr. Goh has not taken official position regarding this motion. See attached Exhibit A.

**PLAINTIFFS REASON FOR VOLUNTARY DISMISSAL**

1. Plaintiff is currently persuaded that without further discovery, Plaintiffs is not able to establish that the individual defendants acted, except as agents authorized within the scope of their duties. There is insufficient evidence to establish that the named individual defendants acted willfully, wrongfully or with free will.
2. Plaintiff moves to dismiss all claims against defendants Gregg Kvistad, individually, Dr. Games R Moran, PhD, individually, Barbara Wilcots, individually, Dr. Walter LaMendola, PhD, individually, Dean James Herbert Williams, individually, and D.R William Cloud, individually.
3. Plaintiff desires to name the defendants in the capacities in which they acted on behalf of and by directives of Denver University and Denver University Graduate School of Social Work.
4. Plaintiff desires to amend the complaint to more properly reflect the capacity in which the individuals are being sued, and further to correct a grammatical and paragraph numbering errors. The proposed amended complaint is attached hereto as Exhibit B.
5. The interests of judicial efficiency is better served by dismissing all individuals who might otherwise have to defend in their individual capacities, where the evidence clearly establishes that they acted outside their own free will and as authorized agents of Denver University.

6. This motion will not likely harm the substantive rights of any of the remaining parties, and it is not a dilatory tactic.

**WHEREFORE**, Plaintiff moves this Court for an order dismissing defendants Gregg Kvistad, individually, Dr. James R Moran, PhD, individually, Barbara Wilcots, individually ,Dr. Walter LaMendola, PhD, individually, Dean James Herbert Williams, individually, and D.R William Cloud, individually.

**FURTHER**, Plaintiff moves the Court for leave to further amend the complaint.

RESPECTFULLY SUBMITTED, on August 16, 2011.

*/s/Derry Dale Sadler,*
Derry Dale Sadler, #7778
8400 E. Prentice Avenue, Suite 1500
Greenwood Village, CO 80111
Office: (303) 409-7602
Fax: (303) 955-2336
derrydaled@comcast.net

**CERTIFICATE OF MAILING**

I hereby certify that on May 7, 2010, I electronically filed the foregoing PLAINTIFF'S MOTION TO DISMISS DEFENDANTS IN INDIVIDUAL CAPACITY AND AMEND COMPLAINT Pursuant to Fed.R.Civ.P. 15 (a) (1)

was e-mailed to the following: