**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01216- -MSK-KMT

Carolyn Jean Gissendanner Borwick

Plaintiff,

v.

University of Denver, Board of Trustees, et. al.

Defendants

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Carolyn Jean Gissendanner Borwick, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit, from the Summary Judgment Opinion and Order (Trial Court, Docket #80) and Summary Judgment Order (Trial Court Docket #81), entered in this action on the March 19, 2013.

GENERAL ADVISORY ISSUES: Whether the summary judgment motion is founded upon legal or factual errors of any kind.

Any issue subsumed or related to any of the pleadings, motions, orders, minute orders, or rulings of any kind on any subject or issue, including without limitation any regarding discovery, evidence, experts, jury instructions, motions, case

management, parties, amendments, disclosures, nonparties, or otherwise.

A bill of costs has been filed in this case, and a telephone conference is currently scheduled to commence on April 22, 2013. A motion to stay the judgment and extend time to perfect the appeal may be filed, pending a trial court order to the contrary.

## TRANSCRIPT INFORMATION

The summary judgment order of the trial court was based upon pleadings. There are no transcripts involved.

Dated: April 15, 2013

Respectfully Submitted,

s/Derry Dale Sadler
D. Dale Sadler, Atty. No. 7778
8400 East Prentice Avenue, Suite 1500
Greenwood Village, Colorado 80111
Tel: 303-409-7602
Fax: 303-955-2336
derrydaled@comcast.net
Attorney for Plaintiff – Plaintiff Carolyn Borwick

CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2013, I electronically filed the foregoing PLAINTIFF CAROLYN BORWICK'S NOTICE OF APPEAL with the Clerk of Court United States District Court for the District of Colorado, using the CM/ECF system which will send notification of such filing to the following email addresses:

Goh, Jimmy
Elisa Chen
Wells Fargo Center
1700 Lincoln Street
Suite 4650
Denver, CO 80203
jim.goh@ogletreedeakins.com
elisa.chen@O@ogletreedeakins.com

s/Derry Dale Sadler
D. Dale Sadler, Atty. No. 7778