**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 24, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

CAROLYN JEAN GISSENDANNER BORWICK,

Plaintiff - Appellant,

v.

UNIVERSITY OF DENVER, BOARD OF TRUSTEES, et al.,

Defendants - Appellees.

No. 13-1149
(D.C. No. 1:11-CV-01216-MSK-KMT)

---

**ORDER**

---

This matter is before the court on Appellant's "Motion to Extend Time to File Entry of Appearance, Docketing Statement and Designation of Record." Appellant requests an additional 30 days within which to file the referenced documents. All preliminary documents are currently due April 30, 2013. Upon consideration, the court directs as follows:

To the extent Appellant seeks an extension of time to file a docketing statement and for counsel to enter an appearance, the request is granted. No later than **May 30, 2013**, counsel shall file a docketing statement and an entry of appearance on Appellant's behalf. The court notes that Appellant's motion suggests that Appellant is in the process of retaining alternate appellate counsel. Current counsel of record, Mr. Derry Sadler, is reminded that, although the court requires a separate, formal entry of appearance, he has

technically entered an appearance in this proceeding and, therefore, he must seek leave of court before withdrawing. *See* 10th Cir. R. 46.1(A).

To the extent Appellant seeks an extension of time to file a designation of record, the request is denied as unnecessary. Because Appellant has retained counsel in this appeal, the appeal will proceed in accordance with 10th Cir. R. 10.2(B) and 30. Appellant will be required to file an appendix with her opening brief. *See* Fed. R. App. P. 30; 10th Cir. R. 10.2(B) and 30.

Appellant's current deadline for ordering transcripts or filing a notice that no transcripts are necessary is also April 30, 2013. *See* 10th Cir. R. 10.1. Although the instant motion does not specifically request an extension of this deadline, in light of the grounds for the motion, the court will *sua sponte* extend this deadline as well. Accordingly, Appellant shall file a transcript order form or notice that no transcript is necessary no later than **May 30, 2013**.

Finally, the court notes that the instant motion does not comply with the court's formatting requirements. *See* Fed. R. App. P. 27(d). Appellant is advised that future motions that do not comply with the court's formatting requirements may be denied.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

Jane K Castro

by: Jane K. Castro
Counsel to the Clerk