**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01216-MSK-KMT

CAROLYN JEAN GISSENDANNER BORWICK,

Plaintiff,

v.

UNIVERSITY OF DENVER, *et al.*

Defendants.

---

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO RECONSIDER, ALTER OR AMEND FINDINGS, CONCLUSIONS AND SUMMARY JUDGMENT**

---

Defendants, through their attorneys, Ogletree Deakins Nash Smoak & Stewart, P.C., hereby respond to Plaintiff's Expedited Motion to Reconsider, Alter or Amend Findings, Conclusions and Summary Judgment (Dkt # 84 & 85) ("Plaintiff's Motion to Reconsider"):

1. On March 19, 2013, this Court granted Defendants' Motion for Summary Judgment in its entirety, and entered judgment in favor of Defendants.

2. Plaintiff filed her Motion to Reconsider on April 14, 2012, essentially seeking reconsideration of the Court's grant of summary judgment.

3. On April 15, 2013, before any ruling from this Court on her Motion to Reconsider, Plaintiff filed a Notice of Appeal with the Tenth Circuit Court of Appeals, seeking review of this Court's entry of summary judgment. By filing an appeal with the Tenth Circuit, Plaintiff presumably intended to render her Motion to Reconsider moot. A response from Defendants to the Motion to Reconsider is, therefore, not necessary.

4. Nonetheless, if Plaintiff's Motion to Reconsider is not rendered moot by the Notice of Appeal, Defendants wish to file a substantive response to Plaintiff's Motion to Reconsider, if the Court deems that a response from Defendants is necessary.

5. Defendants will be able to file their response within two weeks of an Order from this Court requiring them to file a response to Plaintiff's Motion to Reconsider.

Dated: April 29, 2013.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*s/ Jim Goh*
Jim Goh
Heidi K. Doescher
1700 Lincoln Street, Suite 4650
Denver, CO 80203
303-764-6800
jim.goh@ogletreedeakins.com
heidi.doescher@ogletreedeakins.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April, 2013, a true and correct copy of the foregoing **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO RECONSIDER, ALTER OR AMEND FINDINGS, CONCLUSIONS AND SUMMARY JUDGMENT** was filed with the Court and served via ECF Electronic filing upon the following:

Derry Dale Sadler (email: derrydaled@comcast.net)
8400 E. Prentice Avenue, Suite 1500
Greenwood Village, CO 80111

*s/ Teresa A. Mercill*
Teresa A. Mercill

14899410.1