**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 8, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

CAROLYN JEAN GISSENDANNER BORWICK,

Plaintiff - Appellant,

v.

UNIVERSITY OF DENVER, BOARD OF TRUSTEES, et al.,

Defendants - Appellees.

No. 13-1149
(D.C. No. 1:11-CV-01216-MSK-KMT)

---

**ORDER**

---

This matter is before the court on "Appellant Counsel's Unopposed and Expedited Motion to Withdraw and Extension of Time." Attorney Derry Sadler seeks to withdraw as counsel of record for Appellant Borwick and requests an additional 30 days for Appellant to retain alternative counsel and file the preliminary documents necessary to perfect this appeal. The current deadline for filing the preliminary documents in this case is May 30, 2013.

Upon consideration, the motion is granted in part as follows. Mr. Sadler's request to withdraw is granted; Mr. Sadler shall have no further obligation in this appeal. The clerk is directed to send a copy of this order to the address that Mr. Sadler has provided for Appellant.

The court notes the following impact of the withdrawal of counsel on this appeal. Unless and until new counsel enters an appearance on behalf of Appellant, this matter will proceed as a *pro se* appeal. As such, the only document Appellant is required to file at this time is a *pro se* entry of appearance. The clerk is directed to send Appellant a copy of the court's form for this purpose. Appellant shall file a *pro se* entry of appearance no later than May 30, 2013. If counsel enters an appearance on behalf of Appellant, the court will set additional deadlines applicable to a counseled appeal.

To the extent the motion requests additional time for Appellant to retain alternative counsel and file the preliminary documents, the request is denied without prejudice. Appellant may request an extension of time if she discovers she is unable to meet the May 30, 2013 deadline.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

Jane K Castro

by: Jane K. Castro
Counsel to the Clerk