**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 9, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

CAROLYN JEAN GISSENDANNER BORWICK,

Plaintiff - Appellant,

v.

UNIVERSITY OF DENVER, BOARD OF TRUSTEES, et al.,

Defendants - Appellees.

No. 13-1149
(D.C. No. 1:11-CV-01216-MSK-KMT)

---

**ORDER**

---

Briefing on the merits is TOLLED, pending further order of this court.

Based on a review of the file for this matter, it appears that appellant's notice of appeal (docket entry # 86) was filed prior to disposition of her timely motion to reconsider and alter or amend (docket entry # 84). Therefore, it appears that appellant's notice of appeal is ineffective to appeal the district court's March 19, 2013 judgment. *See* Fed. R. App. P. 4(a)(4)(B).

Accordingly, the court **ABATES** proceedings in this appeal, pending notification that the district court has disposed of appellant's pending post-judgment motion.

When the district court enters its order, the appellant and the appellees shall notify this court in writing within 10 days. In addition, the clerk of the district court is

requested to supplement the preliminary record by transmitting to this court a copy of the order, together with a copy of any related docket entries. *See* 10th Cir. R. 3.2(B).

Within 30 days of the date of this order, absent an earlier ruling on the post-judgment motion, the parties to this appeal shall file reports with this court advising this court of the status of the district court proceedings regarding appellant's post-judgment motion.

The court directs appellant's attention to Fed. R. App. P. 4(a)(4)(B)(ii), regarding the filing of a new or amended notice of appeal, following the entry of an order disposing of a post-judgment motion.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Christine Van Coney
Counsel to the Clerk