**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-1216-MSK-KMT

Carolyn Jean Gissendanner Borwick

Plaintiff,

v.

University of Denver, Board of Trustees, et. al.

Defendants.

---

**PLAINTIFF COUNSEL'S EXPEDITED AND UNOPPOSED MOTION TO WITHDRAW**

---

CERTIFICATION: Appellant counsel has conferred in good faith with Appellees' counsel concerning the relief requested by this extraordinary motion. Mr. Goh does not oppose this motion

---

COMES NOW, Derry Dale Sadler, current trial court attorney of record , and respectfully moves the court, under Fed. R. Civ. P. Rules 10 (b), for an order granting permission to withdraw, based upon the poor health, risk of sudden heart failure and death; and as a reasonable accommodation for counsel's serious disabilities and imminent health risks, and as grounds therefore states the following:

1. A Notice of Appeal was filed on April 15, 2013, during a period and time in which this attorney was undergoing coronary diagnostics, evaluations and medical procedures. The ultimate

diagnostic reports confirmed the existence of a serious medical condition, requiring a subsequent medical invasive procedure. Exhibit 2

2. This attorney is ethically bound to advise Plaintiff, Mr. Goh and this Court regarding his medical condition and litigation limitations. Appellant has been referred to an alternative appeal attorney. Appellant has been fully advised that the undersigned attorney does not handle federal appeals procedures. Attorney Affidavit, ¶ 1

3. On March 29, 2013, counsel for Appellant underwent a cardiac stress test and an echocardiogram[1], which indicated imminent heart failure and death risks. (Dr. Adam S. Betkowski, M.D.[2]). Attorney Affidavit, ¶ 3

4. On April 9, 2013, counsel's wife (legal assistant for Derry Sadler) underwent an automobile collision related spine surgery procedure that required 3 days of hospitalization, following the procedure. Attorney Affidavit, ¶ 4.

5. On or before April 13, 2013, Plaintiff was provided the name of at least two prospective attorneys competent for the purpose of handling the appeal. In the alternative, Plaintiff was advised that this attorney would file the initial notice of appeal, if she was unable to identify and retain an alternative attorney. Atty. Affidavit, ¶ 6.

6. In an effort to protect Plaintiff's trial court and appellant deadlines, this attorney immediately filed the notice of appeal, on April 15, 2013. Atty. Affidavit, ¶ 7. On May 20, 2013, this attorney

[1] An echocardiogram is a test in which ultrasound is used to examine the heart. The echocardiogram also offers far more sophisticated and advanced imaging. This is known as two- dimensional (2-D) Echo and is capable of displaying a cross-sectional "slice" of the beating heart, including the chambers, valves and the major blood vessels that exit from the left and right ventricle. An echocardiogram allows doctors to see the heart beating, and to see the heart valves and other structures of the heart. This test is done to evaluate the valves and chambers of the heart in a noninvasive way. The echocardiogram allows doctors to diagnose, evaluate, and monitor: Damage to the heart muscle in patients who have had heart attacks; the pumping function of the heart for people with heart failure.

[2] Kaiser Permanente Cardiologist. 2045 Franklin Street Denver, CO. 80205. Office (303) 861-3402.

filed a reply to Defendants response to Plaintiff's Objection to the taxation of the bill of cost. See Docket #98. Plaintiff's deadlines have been protected to date.

7. This attorney, a survivor of two or three past heart attacks and transient ischemic attacks (TIAs), has been medically advised that he can benefit from a medical device called an implantable cardiac defibrillator (ICD). An ICD is a pacemaker-like device that treats ventricular fibrillation (VF), the deadly heart rhythm that causes sudden cardiac arrest (SCA) and death. [3]

8. On April 30, 2013, counsel for Plaintiff underwent a more invasive heart diagnostic procedure, known as the angioplasty surgery. The test revealed that this attorney is at risk of heart attack and sudden death, as evidenced by his dangerously low ejection fraction.[4] (Dr. Christopher Lowry, MD concurring).[5] Immediate surgery for the placement of a coronary defibrillator has been scheduled to be performed on May 22, 2013. Attorney. Affidavit, ¶ 10.

9. This attorney's ejection fraction is between 30 and 35, indicating an immediate and emergency need for a defibrillator implant. The May 22, 2013 surgery will require post-surgery hospitalization for one or more days, followed by pain recovery and absolute driving restrictions for a period no less than one month thereafter. Physical work restrictions include 5 lb. lifting

[3] Several large clinical studies have been conducted in recent years to see if ICDs could help prevent SCA in those people whose heart muscle, and its pumping ability, is damaged by a heart attack. People in the studies had an ejection fraction (EF) of 40 or below. In these studies, survival rates were significantly higher for people with ICDs compared to those who received traditional medical care.

[4] In cardiovascular physiology, **ejection fraction** (**EF**) represents the volumetric fraction of blood pumped out of the left ventricle which ejects via the aortic valve into the systemic circulation. A healthy individual typically has ejection fractions between 50% and 65%.

[5] Kaiser Permanente Cardiac Electro Physiologist. 2045 Franklin Street Denver, CO. 80205. Office (303) 861-3402.

imitations, fall risk[6] avoidance and minimization of hypertensive activities, including the adjustment of litigation intensity. Attorney Affidavit, ¶ ¶ 10, 11.

10. Even with the application of reasonable diligence and medical precautions, this attorney lacks the confidence and physical ability to zealously and timely represent Plaintiff going forward with post-trial motions practice. Counsel has alerted the 10th Circuit Court of Appeals, and a motion to withdraw was granted accordingly.

11. Based on the nature of counsel's permanent disability, and due to the approaching May 22, 2013 heart surgery, Plaintiff's counsel is not able to proceed.

12. From April 8, 2013 through and including the present, Plaintiff has been advised that she is responsible for meeting all filing deadlines and duty to be familiar with local and appellate court procedural rules. Certificate of Notice of Motion to Withdrawal.

13. On May 3, 2013, Appellant acknowledged counsel's disability and the need to retain alternative counsel.

14. Enclosed herewith is a written certificate of notice required by C.R.C.P. Rule 121(c) § 1-1(2) (b). Appellant's current contact information is as follows

| | |
|---|---|
| Appellant: | Carolyn Jean Gissendanner Borwick |
| DOB: | March 18, 1951 |
| SS# | xxx-xx-1014 |
| Address: | Carolyn Jean Gissendanner Borwick, 2217 Jasmine Street Denver, CO, 80207 |
| PH: | 303-321-7130 HM |
| PH: | 303-358-6361 Cell |
| Email: | charris852@aol.com |

15. For this cause, the undersigned attorney is ethically compelled to withdraw as counsel of record.

[6] Plaintiff is affected by a polio disorder (i.e. Post-polio partial paralysis), that required the use of a cane and or wheelchair to ambulate.

16. It would serve the better interest of justice for this sole practicing attorney to be permitted to withdraw from this case.

17. Defense counsel, James Goh, was contacted, and Mr. Goh does not oppose this motion to withdraw.

WHEREFORE, counsel of current record for Plaintiff prays that this Court permit his withdrawal for good medical cause shown, and that The Sadler Law Office, consisting of Derry Dale Sadler, be permitted to withdraw as the attorney of record for the Plaintiff in this action, and that neither he nor his practice shall have no further responsibility for this case from the date of such order.

Respectfully submitted this 21st day of May 2013.

s/Derry Dale Sadler
D. Dale Sadler, Atty. No. 7778
8400 East Prentice Avenue, Suite 1500
Greenwood Village, Colorado 80111
Tel: 303-409-7602
Fax: 303-955-2336
derrydaled@comcast.net

CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2013, I electronically filed the foregoing **PLAINTIFF COUNSEL'S UNOPPOSED AND EXPEDITED MOTION TO WITHDRAW AND EXTENSION OF TIME** with the Clerk of Court United States District Court for the District of Colorado, using the CM/ECF system which will send notification of such filing to the following email addresses:

Goh, Jimmy
Elisa Chen
Wells Fargo Center
1700 Lincoln Street
Suite 4650
Denver, CO 80203
jim.goh@ogletreedeakins.com
elisa.chen@O@ogletreedeakins.com

Carolyn Jean Gissendanner Borwick,
2217 Jasmine Street
Denver,Co 80207

s/Derry Dale Sadler
D. Dale Sadler, Atty. No. 7778