IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01216–MSK–KMT

CAROLYN JEAN GISSENDANNER BORWICK,

Plaintiff,

v.

UNIVERSITY OF DENVER, BOARD OF TRUSTEES,
UNIVERSITY OF DENVER GRADUATE SCHOOL OF SOCIAL WORK,
CHANCELLOR ROBERT COOMBE, in his official capacity,
GREGG KVISTAD, Denver University Provost,
DR. JAMES R. MORAN, PhD, Professor of the Graduate School of Social Work,
BARBARA WILCOTS, Associate Provost for Graduate Studies,
DR. WALTER LAMENDOLA, PhD, Professor and Director of the Doctoral Program of the Graduate School of Social Work,
DEAN JAMES HERBERT WILLIAMS, Dean of Graduate School of Social Work, and
DR. WILLIAM CLOUD, Professor of the Graduate School of Social Work,

Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Plaintiff [sic] Counsel's Expedited and Unopposed Motion to Withdraw." (Doc. No. 100, filed May 21, 2013.) Being otherwise fully advised, it is hereby ORDERED that the Motion (Doc. No. 100) is GRANTED. Attorney Sadler is relieved of any further representation of Plaintiff in the above-captioned matter. The Clerk of Court is instructed to remove Mr. Sadler from the electronic certificate of mailing. Plaintiff is advised that she is responsible for comply with all court order and time limitations established by any applicable rules. Mr. Sadler shall forward a copy of this order to Plaintiff.

Dated: May 22, 2013