**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 18, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

CAROLYN JEAN GISSENDANNER BORWICK,

Plaintiff - Appellant,

v.

UNIVERSITY OF DENVER, BOARD OF TRUSTEES, et al.,

Defendants - Appellees.

No. 13-1149
(D.C. No. 1:11-CV-01216-MSK-KMT)

---

**ORDER**

---

On May 9, 2013, this court ordered the abatement of proceedings in this appeal, pursuant to Fed. R. App. P. 4 (a) (4) (B), due to appellant's pending district court post-judgment motion (docket entry # 84).

As of the date of this order, it appears that appellant's post-judgment motion remains pending. Therefore, the abatement of proceedings in this appeal will continue, pending notification that the district court has disposed of the motion and pending further order of this court.

When the district court rules on the motion, the parties to this appeal shall notify this court in writing, within 10 days. In addition, the clerk of the district court shall supplement the preliminary record by transmitting to this court a copy of the order, together with a copy of any related docket entries. *See* 10th Cir. R. 3.2 (B).

Within 30 days of the date of this order (if the district court has not ruled on the motion by that date) the appellant and the appellees shall file reports with this court, advising this court of the status of the district court proceedings.

Appellant is advised that she will be obligated to file a status report, even if she has not yet retained new counsel.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Christine Van Coney
Counsel to the Clerk