**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 7, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

CAROLYN JEAN GISSENDANNER BORWICK,

Plaintiff - Appellant,

v.

UNIVERSITY OF DENVER, BOARD OF TRUSTEES, et al.,

Defendants - Appellees.

No. 13-1149
(D.C. No. 1:11-CV-01216-MSK-KMT)

---

**ORDER**

---

On May 9, 2013, this court ordered the abatement of proceedings in this appeal, pursuant to Fed. R. App. P. 4 (a) (4) (B), due to appellant's pending district court post-judgment motion (docket entry # 84 – appellant's motion to reconsider).

As of the date of this order, based upon the status reports filed by the parties and based upon a review of the file as a whole, it appears that appellant's post-judgment motion remains pending. Therefore, the abatement of proceedings in this appeal will continue, pending notification that the district court has disposed of the motion and pending further order of this court.

When the district court rules on the motion, the parties to this appeal shall notify this court in writing, within 10 days. In addition, the clerk of the district court shall

supplement the preliminary record by transmitting to this court a copy of the order, together with a copy of any related docket entries. *See* 10th Cir. R. 3.2 (B).

Within 30 days of the date of this order (if the district court has not ruled on the motion by that date) the appellant and the appellees shall file reports with this court, advising this court of the status of the district court proceedings. (The parties may file a joint status report if they wish.)

Appellant is reminded that she is required to comply with this order, even if she has not yet retained new counsel.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Christine Van Coney
Counsel to the Clerk