**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 11, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

CAROLYN JEAN GISSENDANNER BORWICK,

Plaintiff - Appellant,

v.

UNIVERSITY OF DENVER, BOARD OF TRUSTEES, et al.,

Defendants - Appellees.

No. 13-1149
(D.C. No. 1:11-CV-01216-MSK-KMT)

---

**ORDER**

---

This matter comes on for consideration of the parties' joint status report filed on October 10, 2013, in which they represent that the appellant's post-judgment motion, docket no. 84, filed April 12, 2013, is still pending in the district court. Accordingly, this appeal remains **ABATED**. *See* Fed. A. App. P. 4(a)(4)(B).

When the district court rules on the motion, the parties shall notify this court in writing within 10 days. In addition, the district clerk shall supplement the preliminary record by transmitting to this court a copy of the order, together with any related docket entries. *See* 10th Cir. R. 3.2(B).

Within 30 days of the date of this order (if the district court has not ruled on the pending motion by that date), the parties shall file reports with this court regarding the

status of the district court proceedings. (The parties may file a joint status report if they wish.)

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

Ellen Rich Reiter

by: Ellen Rich Reiter
Jurisdictional Attorney