**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433

November 4, 2013

**TRANSMITTAL OF A SUPPLEMENTAL PRELIMINARY RECORD**

Clerk
U.S. Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:** Borwick v. University of Denver, Board of Trustees of the et al

District Court Case No.: 11-cv-01216-MSK-KMT
Court of Appeals Case No.: 13-1149

Dear Clerk:

Attached for the U.S. Court of Appeals for the Tenth Circuit are a current copy of the docket sheet and the supplemental preliminary record.

JEFFREY P. COLWELL, CLERK

by s/ D. Brown
Deputy Clerk

cc: See the Notice of Electronic Filing