**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**November 6, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

CAROLYN JEAN GISSENDANNER BORWICK,

Plaintiff - Appellant,

v.

UNIVERSITY OF DENVER, BOARD OF TRUSTEES, et al.,

Defendants - Appellees.

No. 13-1149
(D.C. No. 1:11-CV-01216-MSK-KMT)

---

**ORDER**

---

On May 9, 2013, this court issued an order abating proceedings in this appeal, due to appellant's pending district court post-judgment motion to reconsider and alter or amend. Based on the appellees' status report filed on November 4, 2013, and based on a review of the file for this matter, it appears that the district court has ruled on the post-judgment motion.

Therefore, the abatement of this appeal is lifted. The parties are relieved of their obligation to file additional status reports.

Briefing will proceed in accordance with the court rules. A letter will be sent to the parties advising them of the applicable filing deadlines and providing the appellant with forms for her use in this appeal.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Christine Van Coney
Counsel to the Clerk