United States Court of Appeals

For the Tenth Circuit

Office of the Clerk

Byron White United States Courthouse

1823 Stout Street

Denver, Colorado 80257

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 23 2014
JEFFREY P. COLWELL
CLERK

7/22/2014

Re: 13-1149, Borwick v. Univ of Denver, Bd of Trustees, et al

District Docket: 1:11-CV-1216-MSK-KMT

I received letters from the court issuing a mandate. I am not an attorney and I do not clear on the meaning of a mandate.

During the appeal, I noted that I would refer the case back to the U.S. Department of Education for further review. The points that I tried to make are technical and the U.S. Department of Education, as authorized by the U.S. Department of Justice, can investigate those charges. The Department of Justice via the US. Department of Education develops, implements, and monitors the laws that are in place to protect students in educational programs.

The case that is being reviewed is the same case that was submitted to the Federal and Appeals Court but the review is intended to deal with the technical elements of the law. The U.S. Department of Education allows for submitting complaints within a 60 day period after a court proceeding concludes.

I referred the case back to the U.S. Department of Education, Office of Civil Rights on July 2,2014, shortly after the conclusion of the appeal. I provided the court records (the Summary Judgment, the Federal Courts ruling on the Summary Judgment and the findings of the appeal. I also provided a consent form authorizing them to investigate prior to receiving the mandate. I understand that I must follow mandates; however, I believe the U.S. Department of Education's investigation may provide clarity to this case.

I do not know protocol but I would request time for the U.S. Department of Education to conduct their investigation, which was requested prior to the mandate. In other words, I would like the U.S. Department of Education investigation to conclude prior to dealing with the mandate.

Cordially,

Carolyn J. Gissendanner Borwick

CC: Heidi Doescher , Jim Goh and United States District Court for the District of Colorado